**Magdalena Rodríguez CORDERO and José Oscar Ramos, Plaintiffs, Appellants,**

v.

**CENTRO DE SALUD DE LARES, INC., Defendant, Appellee.**

No. 13–2199.

United States Court of Appeals, First Circuit.

June 20, 2014.

Alfredo Castellanos Bayouth, Anabelle Quiñones–Rodríguez and Castellanos & Gierbolini Law Firm on brief, for appellants.

Raynaldo Quintana Latorre, Carolina Santa Cruz–Sadurní and Baerga & Quintana Law Offices on brief, for appellee.

Before HOWARD, SELYA and THOMPSON, Circuit Judges.

PER CURIAM.

Having carefully reviewed the papers in this case, we summarily affirm the judgment below for substantially the reasons articulated in the district court's lucid opinion. *See Rodríguez–Cordero v. Centro de Salud de Lares, Inc.,* No. 11–2258, 2013 WL 4045705 (D.P.R. Aug.7, 2013).

***Affirmed.*** *See* 1st Cir. R. 27.0(c).